**DAVID G. BANES, Esq., F0171**
**O'Connor Berman Horey & Banes, LLC**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950**
**Tel.: (670) 234-5684**
**Fax: (670) 234-5683**
**Email:** *dbanes@pacificlawyers.law*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR
# THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MOHAMMAD ZEAUR RAHMAN DALU,** ) | **CIVIL CASE NO. 18-0012** |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATED MOTION TO DISMISS** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **MD NURUL ISLAM BHUIYAN dba** ) | |
| **ISLAND PROTECTION SERVICES,** ) | |
| ) | |
| Defendant. ) | |

**COMES NOW** Plaintiff Mohammad Zeaur Rahman Dalu, by and through his attorney David G. Banes, Defendant MD Nurul Islam Bhuiyan *dba* Island Protection Services, by and through his attorney Robert T. Torres, and stipulate and agree to move this Court dismiss the foregoing action with prejudice.

Each side shall bear their attorneys' fees and costs except as provided in their Settlement Agreement.

RESPECTFULLY SUBMITTED this 11th day of June, 2018.

| | |
|---|---|
| LAW OFFFICES OF ROBERT T. TORRES<br>ROBERT TENORIO TORRES<br>Attorney for Defendant MD Nurul Islam Bhuiyan *dba* Island Protection Services | O'CONNOR BERMAN HOREY & BANES, LLC<br>Attorney for Defendant Zeaur Rahman Dalu |
| By: _____/s/_____<br>     ROBERT T. TORRES, (F0197) | By:_____/s/_____<br>     DAVID G. BANES, ESQ. (F0171 |

M:\David Banes\Civil Cases\4344-02 Dalu v Island Protection Service\Pleadings-Draft\4344-02-180611-P-Stipulated Motion to Dismiss with Prejudice.doc

2