**DAVID G. BANES, Esq., F0171**
O'Connor Berman Horey & Banes, LLC
Second Floor, Marianas Business Plaza
P.O. Box 501969
Saipan, MP 96950
Tel.: (670) 234-5684
Fax: (670) 234-5683
Email: dbanes@pacificlawyers.law

*Attorneys for Plaintiff*

F I L E D
Clerk
District Court

JUN 11 2018

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR
THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| MOHAMMAD ZEAUR RAHMAN DALU, | ) ) ) | CIVIL CASE NO. 18-0012 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER DISMISSING THE LAWSUIT WITH PREJUDICE |
| MD NURUL ISLAM BHUIYAN dba ISLAND PROTECTION SERVICES, | ) ) ) | |
| Defendants. | ) | |

Pursuant to the stipulated motion to dismiss with prejudice signed by the parties to this lawsuit (ECF 5), and GOOD CAUSE APPEARING, this matter is hereby dismissed with prejudice, each party to bear their own costs and fees. The Clerk is directed to close the case.

SO ORDERED this 11th day of June, 2018.

_____
Hon. Ramona Manglona, Chief Judge

M:\David Banes\Civil Cases\4344-02 Dalu v Island Protection Service\Pleadings-Draft\4344-02-180611-P-Proposed Order.doc